UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

The **Member Actions** Subject to the NOTICE of Settlement *of Stipulation of Dismissal with Prejudice of Settled Actions* (**MDL 2385 Doc. 621**) and Identified in Exhibit 1 Attached Thereto (**MDL 2385 Doc. 621-1**)

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 23, 2015, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Cheryl A. Ritter*
Deputy Clerk

Dated: February 2, 2015

APPROVED:

David R. Herndon
2015.02.02
09:42:57 -06'00'

DISTRICT JUDGE
U. S. DISTRICT COURT